# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TRACY GEORGE,

        Plaintiff,

   v.

FIRST AMERICAN TITLE INSURANCE COMPANY,

        Defendant.

Case No. 23-cv-3504 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF 7, is **GRANTED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

                                                            JIA M. COBB
                                                            United States District Judge

Date: September 29, 2025